# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>JAMES RALPH BRADY　　　　　)<br>　　　　　Defendant,　　　　　)<br>　　　　　　　　　　　　　　　)<br>and　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>EASTERN BAND OF CHEROKEE　　)<br>INDIANS,　　　　　　　　　　)<br>　　　　　Garnishee.　　　　　) | CASE NO.<br>DNCW1:15CR000080-1<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, the Court **ORDERS** that the Order of Continuing Garnishment filed in this case against Defendant James Ralph Brady is **DISMISSED**.

Signed: March 22, 2018

_____
Dennis L. Howell
United States Magistrate Judge