IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CR 80-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JAMES RALPH BRADY, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EASTERN BAND OF CHEROKEE INDIANS, | ) | |
| | ) | |
| Garnishee. | ) | |

This matter is before the Court on the Government's Motion for Dismissal of Order Allowing Garnishment (Doc. 78).

On August 30, 2018, the Honorable Martin Reidinger, United States District Judge, sentenced Defendant to nine months' incarceration for his violations of the conditions of his supervised release. See (Doc. 59). As part of the Judgment, Defendant was ordered to pay $1,342.50 in court-appointed counsel fees.

On May 24, 2019, a Writ of Continuing Garnishment was issued to the Eastern Band of Cherokee Indians ("Garnishee") (Doc. 65).

On October 11, 2019, an Order of Continuing Garnishment was issued to Garnishee (Doc. 75).

On October 28, 2019, the Government filed its Final Accounting of Garnishment (Doc. 76) which advises that the United States Attorney's Office, Financial Litigation Unit, has received one garnishment payment from Garnishee, totaling $1,342.50, and that the balance of the assessment, fine, and/or restitution debt has been satisfied.

For the reasons stated therein, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 78) is **GRANTED** and the Order of Continuing Garnishment (Doc. 75) is **TERMINATED.**

Signed: October 28, 2019

W. Carleton Metcalf
United States Magistrate Judge